United States District Court

Eastern District of California

United States of America,

        Plaintiff,           No. 05-176 PAN

   vs.                Detention Order

Antonio Romero-Carranza,

        Defendant.

-oOo-

A.   <u>Order For Detention</u>

    After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B.   <u>Statement Of Reasons For The Detention</u>

    The Court orders the defendant's detention because it finds:

   <u>  X  </u>      By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

   <u>     </u>      By clear and convincing evidence that no condition or combination of conditions will reasonably assure

the safety of any other person and the community.

C.   <u>Findings Of Fact</u>

The Court's findings are based on the evidence which was presented in Court and that which was contained in the Pretrial Services Report, and includes the following:

<u>  X  </u>    (1)  Nature  and Circumstances of the offense charged.

  <u> x </u>      (a) The crime. 8 U.S.C. § 1326.

<u>     </u>    (b) The offense is a crime of violence.

<u>     </u>    (c) The offense involves a narcotic.

<u>     </u>    (d) The offense involves a large amount of controlled substances.

<u>  X  </u>    (2)  The  weight  of the evidence against the defendant is high.

<u>     </u>    (3)  The history and characteristics of the defendant including:

<u>     </u>(a)  General Factors:

  <u>     </u>    The defendant appears to have a mental condition which may affect whether the defendant will appear.

  <u>     </u>    The defendant has no family ties in the area.

  <u>     </u>    The defendant has no steady employment.

  <u>     </u>    The defendant has no substantial financial resources.

  <u>     </u>    The defendant is not a long time resident of the community.

  <u>     </u>    The defendant does not have any significant community ties.

  <u> X </u>    Past conduct of the defendant:<u> 6 alises, 3 DOB and 2 SSNs.</u>

  <u>     </u>    The defendant has a history relating to

2

drug abuse.

_____ The defendant has a significant prior criminal record.

_____ The defendant has a prior record of failure to appear at court proceedings.

(b) Whether the defendant was on probation, parole, or release by a court;

At the time of the current arrest, the defendant was on:

_____ Probation.

_____ Parole.

_____ Release pending trial, sentence, appeal or completion of sentence.

(c) Other Factors

__x__ The defendant is an illegal alien and is subject to deportation.

_____ The defendant is a legal alien and will be subject to deportation if convicted.

_____ Other:

_____ (4) Rebuttable Presumptions

In determining that the defendant should be detained, the court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. § 3142(e), which the court finds the defendant has not rebutted:

_____ (a) (1) The crime charged is one described in § 3142(f)(1)

_____ (A) a crime of violence; or

_____ (B) an offense for which the maximum penalty is life imprisonment or death; or

_____ (C) a controlled substance violation that has a maximum penalty of ten years or more; or

3

1
2
3
     _____      (D) a felony and defendant previously was convicted of two or more of the offenses described in (A) through (C) above <u>and</u>

4
5
    (2)    Defendant previously has been convicted of one of the crimes listed in subparagraph (1)(A)-(C), above <u>and</u>

6
7
    (3)    The offense referred to in subparagraph (2) was committed while defendant was on release pending trial <u>and</u>

8
9
    (4)    Not more than five years has elapsed since the date of conviction or release from imprisonment for the offense referred to in subparagraph (2).

10
11
12
_____    (b)    There is probable cause to believe that defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed

13
_____    in the Controlled Substances Act, 21 U.S.C. §§ 801, et seq.,

14
15
_____    the Controlled Substances Act , 21 U.S.C. §§ 951, et seq.,

16
_____    the Maritime Drug Law Enforcement Act, 46 U.S.C. App. §§ 1901, et seq., or

17
18
_____    an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b.

19
20
21
_____    an offense under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

22   D.   <u>Additional Directives</u>

23
24
    Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

25
26
    The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or

1   being held in custody pending appeal; and

2       The defendant be afforded reasonable opportunity for private
    consultation with his counsel; and
3
        That, on order of a court of the United States, or request of
4   an attorney for the Government, the person in charge of the
    corrections facility in which the defendant is confined deliver the
5   defendant to a United States Marshal for the purpose of an
    appearance in connection with a court proceeding.
6

7       Dated: June 15, 2005.

8

9                                       /s/ Peter A. Nowinski
                                         Peter A. Nowinski
10                                        Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26